# EXHIBIT A

## Life Spine Physicians-Consultants

| DOCTOR NAME | LOCATION |
| --- | --- |
| Alexander Bailey | Overland Park, KS |
| Alexandra Carrer | San Francisco, CA |
| Amir Vokshoor | Marina Del Rey, CA |
| Andrew Annestra | Jacksonville, FL |
| Andrew Cappuchino | Lockport, NY |
| Andrew Sama | New York, NY |
| Bradley Bagan | Belair, MD |
| Bryan Beertoglio | Hoffman Estates, IL |
| Cheng Lun Soo | Oklahoma City, OK |
| Christopher Hubbard | Louisville, KY |
| Darren Lebl | New York, NY |
| David Jones | Hickory, NC |
| David Lee | Haittesburg, MS |
| Dennis Bullard | Raleigh, NC |
| Dilantha Ellegala | Lynchburg, VA |
| Faisal Siddiqui | Fredericksburg, VA |
| Fraser Henderson | Silver Spring, MD |
| Frederick Junn | Oregon, OH |
| Glenn Butterman | Maple Grove, MD |
| Hector Vargas-Soto | Mayaguez, PR |
| Henry Small | Pearland, TX |
| Hyun Bae | Santa Monica, CA |
| James Rice | Portsmouth, OH |
| Jason Montone | North Kansas City, MO |
| Jefrey Gum | Louisville, KY |
| John Anson | Las Vegas, NV |
| John Dimar | Louisville, KY |
| John Drygas | St. Petersburg, FL |
| Joseph Shehadi | Dayton, OH |
| Joshua Abrams | Green Valley, AZ |
| Juan Dinkins | Dickson, TN |
| Juan Valdivia | St. Petersburg, FL |
| Kevin Brown | Ironton, OH |
| Louis Rosa | Starkville, MS |
| Marsha Lucas | Greenwood, MS |
| Matthew Hannibal | Boone, NC |
| Michael Broom | Orlando, FL |

1

| DOCTOR NAME | LOCATION |
|---|---|
| Michael Kapsokavathis | Birmingham, MI |
| Michael Molleston | Jackson, MS |
| Michael S. Chang | Mesa, AZ |
| Michael Schneier | Las Vegas, NV |
| Michael Seiff | Las Vegas, NV |
| Michael Shannon | Zanesville, OJ |
| Muhammed Memon | Port Charlotte, FL |
| Nilesh M. Patel | Dearborn, MI |
| Paul Klutts | Louisville, KY |
| Paul Vaughan | Houston, TX |
| Ra'Kerry Rachman | Springfield, IL (previous) Houston, TX (current) |
| Rebecca Kuo | Channahon, IL |
| Richard Mendel | St. Petersburg, FL |
| Robert Hirschle | Orlando, FL |
| Robert Knetsche | Danville, KY |
| Roger Shortz | San Diego, CA |
| Sameer Mathur | Morrisville, NC |
| Scott Peterson | Parkland, FL |
| Sean Markey | Parker, CO |
| Simon Chao | Raynham, MA |
| Steven Zeiller | Tuscon, AZ |
| Stuart Kaplan | Las Vegas, NV |
| Thomas Loftus | Austin, TX |
| Thomas Scully | Tuscon, AZ |
| Timothy Putty | Tuscon, AZ |
| Victor Hayes | Odessa, FL |
| Vincent Leone | Ridgewood, NY |
| Vittorio Morreale | Shelby Twp., MI |
| Zaki Ibrahim | Centinnel, CO |
| Zeshan Hyder | Merrillville, IN |