
Case 1:18-cv-01311-JSR Document 321 Filed 11/06/19 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA and the STATES of COLORADO, CONNECTICUT, THE DISTRICT OF COLUMBIA, FLORIDA, ILLINOIS, INDIANA, MARYLAND, MASSACHUSETTS, NEW JERSEY, NEW YORK, OHIO, OKLAHOMA, TEXAS, AND VIRGINIA *ex rel.* BNHT LLC,

    Plaintiffs,

v.

LIFE SPINE INC., MICHAEL BUTLER, and JOSEPH LOY,

    Defendants.

UNITED STATES OF AMERICA,

    Plaintiff-Intervenor

v.

LIFE SPINE, INC., MICHAEL BUTLER, and RICHARD GREIBER,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/19

18 Civ. 1311 (JSR)

## CONSENT JUDGMENT

Upon the consent of Plaintiff the United States of America and defendant Life Spine, Inc., it is hereby


ORDERED, ADJUDGED and DECREED: that plaintiff the United States of America is awarded judgment in the amount of $5,500,000 against Life Spine, Inc.

Agreed to by:

Dated: October 23, 2019

                GEOFFREY S. BERMAN
                United States Attorney for the
                Southern District of New York

By: _____
     Jennifer Jude, Esq.
     Jeffrey K. Powell, Esq.
     Lara K. Eshkenazi, Esq.
     Assistant United States Attorneys
     86 Chambers Street, Third Floor
     New York, New York 10007
     Telephone: (212) 637-2663/2706/2758
     Email: Jennifer.Jude@usdoj.gov
            Jeffrey.Powell@usdoj.gov
            Lara.Eshkenazi@usdoj.gov

Dated: October 23, 2019

                DEFENDANT LIFE SPINE, INC.

By: _____
     Heather Glaser
     General Counsel

By:  KELLEY DRYE WARREN LLP

*/s/ Jaimie Nawaday*
Jaimie Nawaday, Esq.
101 Park Avenue
New York, NY 10178
Phone: 212-808-7695
Email: jnawaday@kelleydrye.com
*Attorneys for Life Spine, Inc.*

SO ORDERED:

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

Dated: 6/29/2019
New York, New York