Case 1:18-cv-01311-JSR   Document 53   Filed 02/25/20   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BNHT LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE SPINE, INC., et al.,<br><br>Defendants. | **NOTICE OF WITHDRAWAL OF MOTION**<br><br>Civil Action No. 18-cv-1311-JSR |



The parties having reached an agreement-in-principle, Plaintiff-Relator BNHT LLC hereby withdraws, without prejudice, its Motion for Statutory Attorney's Fees, Costs and Expenses, filed on January 16, 2020 (ECF No. 48).

Dated: February 25, 2020

                                         Respectfully submitted,

                                         */s/ Stephen A. Weiss*
                                         Stephen A. Weiss
                                         SEEGER WEISS LLP
                                         77 Water Street, 8th Floor
                                         New York, NY 10005
                                         Phone: (212) 584-0700
                                         sweiss@seegerweiss.com

                                         ***Counsel for Plaintiff-Relator BNHT LLC***

SO ORDERED

*[signature]*
USDJ

2-26-20